UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID JAKUBOWSKI,

               Plaintiff,

     v.

STEPHANIE CLENDENIN, et al.,

               Defendants.

1:23-cv-01156-SKO

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

(Doc. 2)

     Plaintiff David Jakubowski is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

     In the instant action, Plaintiff filed an application to proceed *in forma pauperis*. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **August 4, 2023**              */s/ Sheila K. Oberto*

                                    UNITED STATES MAGISTRATE JUDGE

1