1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAKUBOWSKI, | Case No. 1:23-cv-1156 JLT SKO (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| STEPHANIE CLENDENIN, *et al.*, | |
| Defendants. | (Doc. 12) |

Plaintiff seeks to hold the defendants liable for violations of his civil rights while housed at the Department of State Hospitals- Coalinga. (*See* Docs. 7, 8.) The magistrate judge found Plaintiff failed to comply with the Court's orders and failed to prosecute the action. (Doc. 12 at 1-2.) The magistrate judge considered the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986), and found terminating sanctions are appropriate. (*Id.* at 3-4.) Therefore, the magistrate judge recommended the Court dismiss the action "without prejudice for Plaintiff's failure to obey court orders and failure to prosecute." (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 14 days. (Doc. 24 at 4.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 30, 2025 (Doc. 12) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 20, 2025**

UNITED STATES DISTRICT JUDGE

2